# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA
## Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No.: 1:19-cr-00057-011 LO |
| v. | **MOTION FOR APPOINTMENT OF NEW COUNSEL** |
| SANG THANH HUYNH, | |
| Defendant | |

COMES NOW, Sang Thanh Huynh, through counsel, Joseph R. Conte, to respectfully request this honorable court to appoint new counsel in this matter. As grounds for this motion counsel would state that the defendant has expressed to undersigned counsel that he wishes new counsel to represent him in this matter. No reason was provided for this request.

Counsel for the United States takes no position and defers to the court on this motion.

WHEREFORE counsel respectfully requests that this motion be granted.

Dated:  September 2, 2020

*United States v. Sang Thanh Huynh*
Case No. 1:19-cr-00057-011 LO

Motion for Appointment of New Counsel
Page No. 1

Law Office of Joseph R. Conte
400 Seventh St., N.W. #206
Washington, D.C. 20004
Phone:202.638.4100
Email:  dcgunlaw@gmail.com

WITHDRAW 20/09/02 11:23:15

| | |
|---|---|
| 1 | |
| 2 |    /s/ *Joseph R. Conte* |
| 3 | Joseph R. Conte |
| 4 | Counsel for San Thanh Huynh |
| 5 | 400 Seventh St., N.W., #206 |
| 6 | Washington, D.C. 20004 |
| 7 | Phone:    202.638.4100 |
| 8 | Fax:    202.628.0249 |
|   | Email:  dcgunlaw@gmail.com |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

*United States v. Sang Thanh Huynh*  
Case No. 1:19-cr-00057-011 LO  

Motion for Appointment of New  
Counsel  
Page No. 2  

WITHDRAW 20/09/02 11:23:15

Law Office of Joseph R. Conte  
400 Seventh St., N.W. #206  
Washington, D.C. 20004  
Phone:202.638.4100  
Email:  dcgunlaw@gmail.com