IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

Alexandria Division

UNITED STATES OF AMERICA,

v.   Criminal Case No.: 1:19CR57-011

SANG THANH HUYNH.

## ORDER

For the reasons stated in court and for good cause, the defendant's [451] Motion to Withdraw as Counsel is DENIED. Joseph Conte shall continue serving as counsel of record for the defendant. If concerns arise later, the court will revisit this matter.

Entered this 8th day of September, 2020.

_____
LIAM O'GRADY
UNITED STATES DISTRICT JUDGE

Alexandria, Virginia

cc: All counsel